UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER LACCINOLE | |
| Plaintiff, | CA NO. 3:21-cv-00632-VAB |
| vs. | HON. VICTOR A. BOLDEN |
| FRANCHISE WORLD HEADQUARTERS, LLC & DOES 1-10 inclusive | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Christopher Laccinole and Defendant Franchise World Headquarters, LLC, that this action be hereby dismissed with prejudice, without costs or attorney's fees to any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 5, 2021

By: _____
Christopher Laccinole
23 Othmar Street
Narrangansett, RI 02822
Chrislaccinole@gmail.com
*Plaintiff Pro Se*

Respectfully submitted,

By: _____
Brian T. Feeney (CT# 30790)
1717 Arch Street, Suite 400
Philadelphia, PA  19103
Tel:  215-9887800
Fax: 215-9887801
FeeneyB@gtlaw.com

*Attorneys for Defendant Franchise World Headquarters, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2021, a copy of the **Stipulation Of Dismissal With Prejudice** was filed electronically and served by regular mail and email to the following:

Christopher Laccinole
23 Othmar Street
Narragansett, RI 02882
Email: chrislaccinole@gmail.com
*Plaintiff Pro Se*

        GREENBERG TRAURIG, LLP

        */s/ Brian T. Feeney*

        Brian T. Feeney (CT# 30790)
        1717 Arch Street, Suite 400
        Philadelphia, PA 19103
        Tel:  215.988.7812
        Fax: 215.988.7801
        Email: feeneyb@gtlaw.com